# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELIAS BOBADILA FLORES, | Case No. CV 11-09163 DMG (JCx) |
| Plaintiff, | |
| v. | **JUDGMENT** |
| ENCORE CREDIT CORPORATION, et al., | |
| Defendants. | |

Pursuant to the Court's August 21, 2012 order dismissing this action, IT IS HEREBY ORDERED, ADJUDGED, and DECREED that judgment is entered in favor of Defendants Bank of America, N.A., Mortgage Electronic Registration Systems, Inc., Fannie Mae, Freddie Mac and Recontrust Company and against Plaintiff Elias Bobadilla Flores, who shall take nothing.

DATED: August 22, 2012

DOLLY M. GEE
UNITED STATES DISTRICT JUDGE

-1-